UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY LLOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1867-MCE-EFB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. By order filed February 14, 2019, the court found that service of the complaint is appropriate for defendants Abdur-Rahman and Miranda. ECF No. 10. The court informed plaintiff he could proceed against defendants Abdur-Rahman and Miranda or file an amended complaint within 30 days that also states a claim against defendants Kelso, Spearman, and Murray. *Id.* The time for amending has passed and plaintiff has elected to proceed only with the claim against defendants Abdur-Rahman and Miranda. *See* ECF No. 14.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Kelso, Spearman, and Murray be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 28, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE